UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60149-DIMITROULEAS/SNOW

FREDDIE SPARKS, JR.,

    Plaintiff,

vs.

KIOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER OF REMAND; ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Snow (the "Report") [DE 24], entered herein on December 14, 2021. The Court notes that no objections to the Report [DE 24] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 24] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 24] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 24] is hereby **ADOPTED AND APPROVED**;
2. Plaintiff's Motion for Summary Judgment [DE 20] is **GRANTED IN PART**;
3. Defendant's Motion for Summary Judgment [DE 21] is **DENIED**;

4. This case is hereby **REMANDED** to the Commissioner for development of the record on the issue of the impact on the Plaintiff's residual functional capacity assessment of the Plaintiff's March 2020 MRI results and Dr. Myers' April 2020 treatment report.

5. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of December, 2021.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Snow