UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60149-CIV-DIMITROULEAS

FREDDY SPARKS, JR,

    Plaintiff,

vs.

MARTIN O'MALLEY
Commissioner of Social Security,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff's Motion for Attorney Fees 42 U.S.C. § 406(B)(1) and Memorandum of Law in Support [DE 28] and the October 25, 2024 Report and Recommendation of Magistrate Judge Patrick M. Hunt [DE 31] (the "Report"). The Court notes that Defendant filed a Response to the Report and Recommendation indicating that Defendant has no objection to the Report. *See* [DE 33]. Accordingly Magistrate Judge's findings in the Report [DE 31] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 31] is hereby **ADOPTED** and **APPROVED**.

2. Plaintiff's Motion for Attorney Fees and Costs [DE 28] is hereby **GRANTED** as follows: Plaintiff should be awarded fees under the EAJA in the amount of $5,697.96.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of December 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Hunt